IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
SEP 1 9 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CRIMINAL NO. 19-30127-NJR |
| LARRY E. FULLER, | ) ) | |
| Defendant. | ) ) | Title 18, United States Code, Sections 1791(a)(2) and (b)(1). |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**POSSESSION OF CONTRABAND BY A FEDERAL INMATE**

On or about December 22, 2018, in Bond County, Illinois, within the Southern District of Illinois,

**LARRY E. FULLER,**

defendant herein, an inmate of the federal correctional facility at Greenville, Illinois, commonly known as FCI-Greenville, did knowingly possess a prohibited object, to wit: Buprenorphine, also known as Suboxone, a Schedule III controlled substance and a narcotic drug; all in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(1).

### COUNT 2

**POSSESSION OF CONTRABAND BY A FEDERAL INMATE**

On or about December 24, 2018, in Bond County, Illinois, within the Southern District of Illinois,

**LARRY E. FULLER,**

defendant herein, an inmate of the federal correctional facility at Greenville, Illinois, commonly known as FCI-Greenville, did knowingly possess a prohibited object, to wit:  Buprenorphine, also known as Suboxone, a Schedule III controlled substance and a narcotic drug; all in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(1).



_____
ANGELA SCOTT
Assistant United States Attorney


_____
STEVEN D. WEINHOEFT
United States Attorney


Recommend Bond: Detention