IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 19-30127-NJR |
| vs. | ) | |
| | ) | |
| LARRY E. FULLER, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF FACTS

The parties hereby stipulate that, if this case had proceeded to trial, the Government would have proven the following beyond a reasonable doubt:

1. On December 22 and December 24, 2018, Defendant Larry E. Fuller was an inmate at the Federal Correctional Institution at Greenville, Illinois, in Bond County, within the Southern District of Illinois.

2. On the above two dates, the defendant possessed Buprenorphine, also known as Suboxone, a Schedule III controlled substance and a narcotic drug.

3. Buprenorphine is a prohibited object for a federal inmate to possess.

4. This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the defendant's guilty plea and is not necessarily an exhaustive account of the defendant's criminal activity.

SO STIPULATED:

_____  _____
LARRY E. FULLER              ANGELA SCOTT
Defendant                    Assistant United States Attorney

_____
ETHAN SKAGGS
Attorney for Defendant

Date: 2/11/2020            Date: 2/24/20

2